United States District Court
Southern District of Texas
**ENTERED**
November 19, 2020
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLA SALINAS-VARGAS, <br> Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 1:18-cv-00124 |
| UNITED STATES OF AMERICA, <br> Defendant. | § <br> § <br> § <br> § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R"). Docket No. 20. The R&R recommends the following: (1) dismiss with prejudice Carla Salinas-Vargas' ("Plaintiff") "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" ("Motion") (Docket No. 1); (2) decline to issue a certificate of appealability; and (3) order the District Clerk's Office to close this case.

Objections were due October 14, 2020. Neither party filed objections. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or issues contrary to law, the R&R is **ADOPTED**.

Thus, Plaintiff's Motion (Docket No.1) is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability. The District Clerk's Office is **ORDERED** to close this case.

Signed on this 19th day of November, 2020.

Rolando Olvera
United States District Judge